# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

158150-1

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PROGRESS MICHIGAN,
      Plaintiff-Appellant,

v

ATTORNEY GENERAL,
      Defendant-Appellee.

SC:  158150-1
COA:  340921; 340956
Court of Claims:  17-000093-MZ

_____/

By order of March 20, 2019, we granted leave to appeal the June 19, 2018 judgment of the Court of Appeals, and this case was placed on the October 2019 session calendar for argument and submission.  On September 3, 2019, the parties filed a joint motion to vacate the Court of Appeals opinion and remand the case to be dismissed with prejudice.  By order of September 16, 2019, oral argument was adjourned.  We DIRECT the parties to file supplemental briefs within 21 days of the date of this order addressing: (1) what standard should govern vacatur of lower court decisions in Michigan, see, e.g., *US Bancorp Mortgage Co v Bonner Mall Partnership*, 513 US 18, 29 (1994); *California ex rel State Lands Comm v Superior Court of Sacramento Co*, 11 Cal 4th 50, 60-62 (1995); and (2) whether, under the appropriate standard, this Court should vacate the judgment of the Court of Appeals reported at 324 Mich App 659 (2018).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

t0918